**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WANDA A. AKOREDE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:16-cv-3518 |
| TEXAS DEPARTMENT OF | § | |
| ASSISTIVE REHABILITION | § | |
| SERVICES, | § | |
| | § | |
| *Defendant.* | § | |

_____

**DEFENDANT'S NOTICE OF REMOVAL**
_____

Defendant, Texas Workforce Commission ("Defendant" or "TWC") f/k/a Texas Department of Assistive and Rehabilitative Services ("DARS"), by and through Ken Paxton, Attorney General of the State of Texas, and the undersigned Assistant Attorney General, files this Petition for Removal and respectfully shows this Court the following:

1.   This removal is pursuant to 28 U.S.C. § 1441(c).  Plaintiff Wanda A. Akorede sued Defendant alleging violations under the Texas Labor Code §21.051 and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. Sec. 623 *et seq*.  Plaintiff's claims stem from her allegation that Defendant intentionally discriminated her because of her age and subjected her to a hostile work environment, retaliation and discrimination.  Through this claim Plaintiff seeks damages for attorney's fees, back and front pay, compensatory and punitive damages, pre and post judgment interest, costs of court and expert witness fees.

2. This action was originally filed in the 133rd Judicial District Court of Harris County, Texas, as Cause No. 2016-63582. Plaintiff is Wanda A. Akorede; Defendant is Texas Workforce Commission f/k/a Texas Department of Assistive and Rehabilitative Services. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division under 28 U.SC. § 1441(a) because the state court where the suit has been pending is located in this district and division.

3. Plaintiff, who is still an employee at Texas Workforce Commission ("TWC") f/k/a Texas Department of Assistive and Rehabilitative Services, filed her state court action on September 20, 2016, alleging that Defendant violated the Age Discrimination in Employment Act. The petition and citation for personal service were first served on the Secretary of State's Office on November 4, 2016. Defendant has thirty (30) days in which to remove. 28 U.S.C. § 1446(b). Therefore, this removal is timely.

4. Defendant filed its Original Answer and Affirmative Defenses in the State District court on November 28, 2016.

5. Plaintiff has made a demand for a trial by jury within her Original Petition.

6. A copy of all process, pleadings, and orders served upon, or by, Defendant in the state court suit are being filed with this notice as required by 28 U.S.C. § 1446(a).

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## PRAYER

ACCORDINGLY, Defendant requests that this cause be removed to the United States District Court for the Southern District of Texas, Houston Division, pursuant to § 1441 of Title 28 of the United States Code.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
General Litigation, Division Chief

*/s/ Wylie E. Kumler*
**WYLIE E. KUMLER**
Assistant Attorney General
General Litigation Division
Attorney in Charge
State Bar No. 24050896
Southern Dist. No. 613550
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
T: (512) 463-2120
F: (512) 320-0667
wylie.kumler@oag.texas.gov
***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via the electronic filing manager system* on November 29, 2016 to:

Alfred M. Benoit
1776 Yorktown Street, Suite 350
Houston, Texas 77056
T: (713) 963-8866
F: (832) 504-9497
Al.benoit@benoitlawfirm.com
*ATTORNEYS FOR PLAINTIFF*


                                       */s/ Wylie E. Kumler*
                                       **WYLIE E. KUMLER**